AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978

(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Duffy, Patrick M | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>7/18/05 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/04<br>to<br>12/31/04 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br><br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Psaras Foundation |
| 2. | Director | Doonbeg Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

2005 AUG -1 P 3: 14

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| I. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

■ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| I. 2004 | ▓▓▓▓ s self-employed health care consultant. |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| I. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ N●NE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Line | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 7/18/05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Morgan Stanley Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 2. Morgan Stanley Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 3. Morgan Stanley Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 4. EMC Corp Mass | | None | J | T | | | | | |
| 5. JDS Uniphase Corp | | None | J | T | | | | | |
| 6. Sun Microsystems Inc | | None | J | T | | | | | |
| 7. Alcoa Inc | A | Dividend | J | T | Partial Sale | 11/9 | J | A | |
| 8. Chicos Fas Inc | | None | J | T | | | | | |
| 9. Duke Energy Corp UT▮▮▮ | | None | J | T | Partial Sale | 5/18 | J | A | |
| 10. General Electric Co | A | Dividend | J | T | | | | | |
| 11. Home Depot | A | Dividend | J | T | | | | | |
| 12. Intel Corp | A | Dividend | J | T | | | | | |
| 13. Ishares S&P Small Cap 600 Val | | None | J | T | | | | | |
| 14. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 15. Microsoft Corp | A | Dividend | J | T | | | | | |
| 16. Nortel Networks Corp New | | None | J | T | | | | | |
| 17. PPL Cap FDR TR I PEPS PFD E | | None | | | Sell | 6/09 | J | A | |
| 18. General Electric Co | A | Dividend | J | T | Partial Sale | 2/18 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 7/18/05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Morgan Stanley V Cum | A | Dividend | J | T | | | | | |
| 20. Time Warner, Inc | | None | J | T | | | | | |
| 21. XM Satellite Radio Hldg CL A | | None | J | T | | | | | |
| 22. Enron Corp | | None | J | T | | | | | |
| 23. LSI Logic Corp | | None | J | T | | | | | |
| 24. Microsoft Corp | A | Dividend | J | T | | | | | |
| 25. Oppen Main ST Growth | A | Dividend | J | T | | | | | |
| 26. Pepsico Inc | | None | | | Sell | 7/06 | J | A | |
| 27. Pfizer Inc | | None | | | Sell | 9/09 | J | A | |
| 28. Qualcom Inc | A | Dividend | J | T | | | | | |
| 29. Putnam New Opportunies CL A | A | Dividend | J | T | Partial Sale | 9/09 | J | A | |
| 30. Sun Microsystems Inc | | None | J | T | | | | | |
| 31. Ishares Russell Midcap | | None | J | T | Sell | 1/08 | J | A | |
| 32. I-26/78 Associate LLC 12/30/88 $60,000 land | | None | L | R | | | | | |
| 33. Mass Mutual Annuity | | None J | T | | | | | | |
| 34. First Federal of Cahrleston | A | Interest | J | T | | | | | |
| 35. Bank of America | A | Interest | J | T | | | | | |
| 36. Nasdaq 100 Trust Series I | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M | 7/18/05 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Thornburg Mortgage Inc | A | Dividend | J | T | | | | | |
| 38. Nat Western Bk | A | Dividend | J | T | | | | | |
| 39. Morgan Stanley V Cum | A | Dividend | J | T | | | | | |
| 40. BellSouth SR Nts | | None | | | Sell | 8/02 | J | A | |
| 41. Duke Energy Cp UT | | None | | | Sell | 5/18 | J | A | |
| 42. Wipro Ltd Ads | A | None | J | T | Buy | 10/26 | J | | |
| 43. Saturns At&T Corp | A | None | J | T | Buy | 10/26 | J | | |
| 44. American Inv Co of Amer B | A | Dividend | J | T | Buy | 1/04 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Item #29 Putnam New Opportunities CL B changed to Putnam New Opportunities CL A.

Item #39 Morgan Stanley V Cum combined with another Morgan Stanley V Cum (listed as item #44 on 2003 Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date July 20, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544